UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.: EDCV 10-950-DSF (MAN)                                  Date: July 1, 2010

Title:   Latham Orthopedics Medical Group and Jerome-Robert: Mueller, et al. v. :Vassalees: United States of America-Corporation, et al.
=================================================================================
DOCKET ENTRY:   ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE STRICKEN AS TO PLAINTIFF LATHAM ORTHOPEDICS MEDICAL GROUP
=================================================================================
PRESENT:

             Hon. Margaret A. Nagle    , United States Magistrate Judge

             Earlene Carson            N/A
             Deputy Clerk              Court Reporter/Tape No.

  ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANTS:

       N/A                                    N/A

**PROCEEDINGS (In Chambers):**

The Complaint in this action was filed on June 25, 2010. The Complaint lists two plaintiffs proceeding *pro se*: "Latham Orthopedics Medical Group (As A Person To Be Named)" ("Latham"); and Jerome-Robert: Mueller ("Mueller").

In violation of Local Rule 11-3.8, the Complaint fails to provide an address, telephone number, and e-mail address for either plaintiff on the title page; *see also* Fed. R. Civ. P. 11(a) (setting forth requirement that a pleading include a party's address, e-mail address, and telephone number). On the Complaint's signature page, Mueller has signed the pleading and listed an address, but no telephone number or e-mail address. There is no signature on behalf of Latham or address or other contact information listed for Latham anywhere in the Complaint.

In addition, Local Rule 83-2.10.1 provides that:   "A corporation including a limited liability corporation, a partnership including a limited liability partnership, an unincorporated association, or a trust may not appear in any action or proceeding pro se."   Here, Latham purports to be represented by Mueller, a *pro se* litigant, in violation of this Local Rule and governing precedent.  Non-lawyers may not represent other persons in court.  *See, e.g.,* Collinsgru v. Palmyra Bd. of Educ., 161 F.3d 225, 232 (3d Cir. 1998); Local Rule 83-2.10.1 (a *pro se* litigant may not delegate his representation to any other person).  As a lay person, Mueller may not pursue relief on behalf of Latham.  See C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987) (a layperson acting in *pro per* may not appear or seek relief on behalf of others); McShane v. United States, 366 F.3d 286, 288 (9th Cir. 1966) (same).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  EDCV 10-950-DSF (MAN)                                              Date: July 1, 2010

Moreover, in violation of Rule 11(a) of the Federal Rules of Civil Procedure and Local Rule 11-1, the Complaint has not been signed on Latham's behalf by a qualified representative, namely, an attorney representing Latham. Rule 11(a) further provides that the Court "must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention."

Accordingly, IT IS ORDERED that, **by no later than July 15, 2010**, plaintiff Latham shall SHOW CAUSE why the Complaint should not be stricken as to it, based on its lack of proper representation in this action and failure to sign the Complaint.  If Latham wishes to remain a party to this action, then by the above-noted deadline, an appropriate representative must appear on its behalf and must file a signature to the Complaint in compliance with Rule 11(a) of the Federal Rules of Civil Procedure.  If Latham does not wish to remain a plaintiff and/or has been listed as a plaintiff by mistake, then by the above-noted deadline, plaintiffs shall file a brief statement clearly stating that Latham is not a plaintiff in this action and the Complaint is amended, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, to remove Latham as a plaintiff.

> **Plaintiffs are cautioned that a failure to comply with this Order will result in a recommendation that Latham be stricken from the Complaint, pursuant to Rule 11(a) of the Federal Rules of Civil Procedure and Local Rules 83-2.10.3 and 83-2.10.4.**

IT IS SO ORDERED.