|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **CENTRAL DISTRICT OF CALIFORNIA** | |

| | |
|---|---|
| JEROME-ROBERT MUELLER, | ) NO. EDCV 10-950-DSF (MAN) |
| Plaintiff, | ) ORDER ACCEPTING FINDINGS |
| v. | ) AND RECOMMENDATIONS OF |
| UNITED STATES OF AMERICA-CORPORATION, et al., | ) UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed. The Court accepts the findings and recommendations set forth in the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, for failure to effect service pf process.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 6/27/11

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE